**Motion Granted; Appeal Reinstated; Judgment Vacated; Remanded and Memorandum Opinion filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00110-CV

## CHANDLER, MATHIS & ZIVLEY, P.C., Appellant

## V.

## JOBY HUGHES PLLC AND JOBY HUGHES, Appellees

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2014-67442**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 11, 2016. The appeal was abated on the parties' motion on May 25, 2017. On July 27, 2017, the parties filed a joint motion asking us to vacate and set aside the trial court's final judgment and remand this matter to the trial court for entry of a dismissal. *See* Tex. R. App. P.

42.1(a)(2)(B). The motion is granted.

Accordingly, we reinstate the appeal, vacate the trial court's judgment, and remand this matter to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.